No. 90–5738.  SPARKS *v.* JABE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 90–5741.  DAY *v.* JOHNSON ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–5749.  LIPOFSKY *v.* NEW YORK STATE WORKERS COMPENSATION BOARD ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–5754.  HASKINS *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–5795.  YOUNG *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–5827.  SHAFER *v.* STRATTON, ATTORNEY GENERAL OF NEW MEXICO.  C. A. 10th Cir.  Certiorari denied.

No. 90–5838.  BELVIN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–5840.  ATTSON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–5842.  DARLINGTON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 90–5845.  BANKS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 90–5847.  DUARTE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5852.  BARBOSA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–5853.  RIVERA-DOMINGUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 90–5856.  WILLIAMS *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 90–5858.  FORD *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 90–5863.  HERNANDEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.